UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARSHA W. MIGNOTT,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE BAR OF GEORGIA FOUNDATION, INC., STATE BAR OF GEORGIA OFFICE OF THE GENERAL COUNSEL, and ASSISTANT GC WILLIAM VAN HEARNBURG, JR.,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-01834-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of defendants motion to dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed without prejudice.

Dated at Atlanta, Georgia, this 27th day of December, 2023.

                                                  KEVIN P. WEIMER
                                                  CLERK OF COURT

                                      By:    s/Ciarra Steede
                                                       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 27, 2023
Kevin P. Weimer
Clerk of Court

By:   s/Ciarra Steede
       Deputy Clerk